IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:25-CR-109 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| PORFIRIO PERALTA-NUNEZ | : | (Filed Electronically) |

**DEFENDANT'S SENTENCING MEMORANDUM**

Porfirio Peralta-Nunez will appear before this Honorable Court on November 19, 2026 for sentencing on two separate indictments returned against him in this District. In the above-captioned case, Mr. Peralta-Nunez was charged with, and pleaded guilty to, illegal reentry in violation of 8 U.S.C. § 1326. (Doc. 1). The Federal Public Defender's Office was appointed to represent Mr. Peralta-Nunez with respect to this matter. A final presentence report ("PSR") was issued on September 15, 2026. Mr. Peralta-Nunez submits this Sentencing Memorandum for the Court's consideration prior to sentencing.

## I. 18 U.S.C. § 3553(a) SENTENCING FACTORS

As directed by 18 U.S.C. § 3553(a), district courts are tasked to impose a sentence that is sufficient but not greater than necessary to comply with the purposes of sentencing: to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the

defendant, among other things. *See* 18 U.S.C. § 3553(a)(2)(A). The court's determination must be informed by the history and characteristics of the defendant, and the nature and circumstances of the offense. *See* 18 U.S.C. § 3553(a)(1). Undersigned counsel presents a summary of those factors hereinbelow.

The History and Characteristics of Mr. Peralta-Nunez

Mr. Peralta-Nunez was born on December 12, 1978 in Dajabon, Dominican Republic. His parents separated shortly after his birth, and he was primarily raised by his mother in a middle-class household. Porfirio describes his mother as the "best mother ever," acknowledging that she worked many jobs and long hours to support him and his siblings. Porfirio has two younger maternal half-siblings, Maria Nunez and Alexis Castro. Both Maria and Alexis live in Santiago de los Caballeros with their families, which is also where Porfirio's mother, Candida Nunez, also lives. Porfirio is blessed to have strong bonds with his siblings and his mother and they remain in close contact. He also re-established contact with his father in his adulthood, and cites both sets of his grandparents as positive influences during his formative years. (PSR ¶¶ 38, 39).

When Porfirio was a child, he nurtured a love of baseball and played short stop. He attended and graduated high school, switching to a night program so that he could work at the Quality Plus factory during the day to help his mother with the household expenses. (PSR ¶¶ 48, 53). Porfirio has always maintained a strong

work ethic, managing to open up his own automobile mechanic shop in Jersey City and running it from 2012 to 2016. (PSR ¶52). And, although Mr. Peralta-Nunez admits that he re-entered the United States illegally after being removed in 2019, upon his return to the U.S. in 2020, he worked as a construction laborer with Raymar Enterprises in York, until his instant arrest. (PSR ¶50). Further, while incarcerated at the York County Prison for the last nearly three years, Mr. Peralta-Nunez has worked as a cook and manager of the prison's kitchen, working both the lunch and dinner shifts, earning $30 per week.

In 2006, Porfirio met his now-wife Lucy Astacio through his cousin in the Dominican Republic. Ultimately, Porfirio and Lucy married in 2012 in Hudson County, New Jersey. In 2017, Porfirio became a Lawful Permanent Resident. Lucy is a naturalized United States citizen. Lucy and Porfirio share three children, all of whom were born in the United States and live with Lucy in York; Jaden, Nicole and Jair. Jaden and Nicole have recently graduated from high school and Jair is still in school. Lucy is a certified medical assistant. In 2020 she was diagnosed with an inoperable brain tumor and is treated with oral chemotherapy medication. Lucy remains steadfast in her support of Porfirio, and the couple has discussed Lucy moving to the Dominican Republic with Porfirio after his term of incarceration is complete. (PSR ¶40).

Porfirio is blessed with three other children, older sons Darwin and Darvin, and a daughter Lianny. Darwin and Darvin both reside in York and enjoy good jobs. Darvin recently had his first son, making Porfirio a proud grandfather. They continue to support and love their father, although they are disappointed in the choices he made that bring him before the Court. Porfirio's relationship with Lianny is not as close as he wished it could be, largely due to the strained relationship between Porfirio and her mother. (PSR ¶42).

The Nature and Circumstances of the Offense

Mr. Peralta-Nunez's charge and guilty plea in this case concern his illegal re-entry to the United States after a prior removal in 2019. After Mr. Peralta-Nunez completed a prior federal sentence from a case out of the District of New Jersey, he was removed to the Dominican Republic. At some point shortly thereafter, he returned to the United States. Porfirio understands and admits that this was wrong and illegal – he does not excuse his choice. But he was motivated by his desire to be reunited with his family -- an impulse that is entirely credible and understandable.

## II. CONCLUSION

Mr. Peralta-Nunez respectfully requests that this Court consider this Sentencing Memorandum as well as the character letters that will be submitted on his behalf in advance of his sentencing.

Respectfully Submitted,

Date: October 22, 2026

*/s/ Amanda R. Gaynor*
Amanda R. Gaynor, Esquire
Assistant Federal Public Defender
Attorney I.D. # PA204831
Federal Public Defender's Office
330 Pine Street, Suite 302
Williamsport, PA 17701
Tel. No. 570-323-9314
Fax No. 570-323-9836
*amanda_Gaynor@fd.org*
*Attorney for Porfirio Peralta-Nunez*

# CERTIFICATE OF SERVICE

I, Amanda R. Gaynor, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Sentencing Memorandum**, via Electronic Case Filing, addressed to the following:

Mark G. Monroe, Esquire
Special Assistant United States Attorney

and via First-Class Mail to:

Porfirio Peralta-Nunez

Respectfully submitted,

Date: October 22, 2026

*/s/ Amanda R. Gaynor*

Amanda R. Gaynor, Esquire
Assistant Federal Public Defender
Attorney I.D. # PA204831
Federal Public Defender's Office
330 Pine Street, Suite 302
Williamsport, PA 17701
Tel. No. 570-323-9314
Fax No. 570-323-9836
*amanda_gaynor@fd.org*
*Attorney for Porfirio Peralta-Nunez*